IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC DAVIS on behalf of himself
and others similarly situated; JOHN
TAYLOR; STEVEN
HARRINGTON; MIKE HAMILTON
and CHRIS TAYLOR,

      Plaintiffs,

v.

T & T HART, INC.; ANTHONY
LEE HART and TINA HART,

      Defendants.

CIVIL ACTION FILE

NO. 1:14-CV-525-MHC

## ORDER

This matter is before the Court on the parties' Joint Motion for Review and

Approval of the Parties' Settlement Agreement and Full and Final Release of All

Claims [Doc. 63] ("Joint Motion").

The Court reviewed the Settlement Agreement and Full and Final Release of

All Claims [Doc. 63-2], attached as Exhibit 1 to the Joint Motion to determine their

adequacy and consistency with the requirements of the Fair Labor Standards Act,

29 U.S.C. § 216.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350

(11th Cir. 1982).  Based on its review of the parties' Settlement Agreement and

Full and Final Release of All Claims and the record in this case, the Court concludes: (1) the terms of Settlement Agreement and Full and Final Release of all Claims for all parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement and Full and Final Release of All Claims were reached in an adversarial context where the parties all had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement and Full and Final Release of All Claims.  The costs of litigation, including attorneys' fees, shall be paid as stated in the Settlement Agreement and Full and Final Release of all Claims.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 63], **APPROVES** the parties' Settlement Agreement and Full and Final Release of All Claims, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 26th day of August, 2015.

MARK H. COHEN
United States District Judge

2